UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                              RE:    **Elmer Louis GEORGE**
                                                        Docket Number:   **2:02CR00325-03**
                                                        <u>**PERMISSION TO SELL VEHICLE**</u>

Your Honor:

On January 21, 2004, Your Honor sentenced Mr. George following his plea of guilty to a violation of 18 USC 1341 - Mail Fraud. He was sentenced to 5 months custody of the Bureau of Prisons, to be followed by a 3 year term of supervised release. Conditions of supervised release included a special condition that the defendant not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the Court. Restitution was ordered in the amount of $435,000.00.

Mr. George was released from the Bureau of Prison custody on July 23, 2004, at which time his 3 year term of supervised release commenced. Supervision of his case was transferred to the District of Nevada, as Mr. George had secured residence in Fallon. Mr. George then relocated to the Southern District of California where he is presently being supervised.

Mr. George has paid $3,096.79 toward his restitution obligation. He has an outstanding balance of $431,903.21. The supervising probation officer in the Southern District of California indicates that he has been making consistent restitution payments of 10% of his income. Mr. George is requesting that he be given Court approval to sell his 1993 Dodge Dakota pick-up truck. The probation officer does not anticipate Mr. George making more than a "couple of hundred dollars" on the sale of the vehicle. The supervising probation officer is requesting the Court's approval for Mr. George to sell this vehicle. Our probation office is in concurrence with the probation officer in the Southern District of California.

Should Your Honor have any questions or concerns, the undersigned can be reached at (916) 930-4306.

**RE:    Elmer Louis GEORGE**
       **Docket Number:   2:02CR00325-03**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                           Respectfully submitted,

                             /s/Glenn P. Simon
                           **GLENN P. SIMON**
                       **United States Probation Officer**

**DATED:**    October 27, 2006
             Sacramento, California
             GPS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved  X

**Date:  October 27, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE